UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

DIEGO SANTIAGO,                                      :  Civil Action No.:
                                                        06 CV 5422

                              Plaintiff,             :

                                                        SHERIFF'S
        -against-                                    :  CERTIFICATE
                                                        OF SERVICE

THE VILLAGE OF OSSINING POLICE DEPARTMENT,  :

                              Defendant.             :
------------------------------------------------------------------------X

I THOMAS BELFIORE, COMMISSIONER/SHERIFF, Westchester County, New York

do hereby certify that on AUGUST 1, 2006 at 11:50 AM

service was effected of the annexed SUMMONS AND COMPLAINT AND JURY

DEMAND in the above entitled action or proceeding by my undersigned Deputy

Sheriff, upon THE VILLAGE OF OSSINING POLICE DEPARTMENT the person

named therein as DEFENDANT in said action or proceeding at:

88 SPRING STREET, OSSINING, NEW YORK

by leaving a true copy with the DEFENDANT.

TO WIT: Captain Scott Craven-acting chief authorized to accept service
DEFENDANT Description:

        Approximate Age:  45            Sex: Male

        Approximate Weight: 175         Height: 6'0"

        Color of Skin:  White           Hair:  Blonde/Balding

Date: 05/15/06

PO W JOHNSON
Officer


                                        THOMAS BELFIORE
                                        COMMISSIONER/SHERIFF
                                        Westchester County, New York