

# BOEGGEMAN, GEORGE, HODGES & CORDE, P.C.

11 MARTINE AVENUE, SUITE 920
WHITE PLAINS, NEW YORK 10606
T: (914) 761-2252
F: (914) 761-5211

46 COLUMBIA STREET
ALBANY, NEW YORK 12207
T: (518) 465-1100
F: (518) 465-1800

EMAIL: BOEGGEMAN@BGHC-LAW.COM
INTERNET: WWW.BGHC-LAW.COM

John J. Walsh, Partner
Direct E-mail: jwalsh@bghc-law.com

August 25, 2006



**Reply to White Plains Office**

**MEMO ENDORSED**

Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/06

Re:     Santiago v. Village of Ossining Police Department
        Docket No.: 06-CV-5422 (KMW)
        Our File No.: 018-417-JJW

Dear Judge Wood:

We understand that Answers on behalf of the defendants in the above matter have been filed by two separate law offices. By copy of this letter we are requesting that the Answer served by our firm be withdrawn. Defendant will be represented by the firm of Grotta, Glassman and Hoffman in all further proceedings herein.

*granted KMW*

Thank you for your attention.

Most respectfully yours,

JOHN J. WALSH

JJW/vrd

cc:     David J. Hernandez & Associates
        26 Court Street – Suite 2200
        Brooklyn, New York 11242

*Docket entry number 3 in the above-referenced matter shall be deleted.*

*5-31-06*

SO ORDERED, N.Y., N.Y.

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

Page Two
Hon. Kimba M. Wood
Re:  Santiago v. Village of Ossining Police Department
Docket No.:  06-CV-5422 (KMW)


cc:      Grotta, Glassman & Hoffman, Esqs.
         6 55th Avenue #22
         New York, New York  10019
         Att:  Steven Fuchs, Esq.

         J. Michael McMahon
         Clerk of the United States District Court
         Southern District of New York
         500 Pearl Street
         New York, New York  10007

         Richard Leins, Esq.
         Village Attorney
         Village of Ossining
         16 Croton Avenue
         Ossining, New York  10562

         Ms. Linda Abels
         Village Manager
         Village of Ossining
         16 Croton Avenue
         Ossining, New York  10562