**MEMO ENDORSED**

# DAVID J. HERNANDEZ & ASSOCIATES

26 Court Street, Suite 2200
Brooklyn, New York 11242
Tel: (718) 522-0009   Fax: (718) 522-3305
www.djhernandez.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/06

*David J. Hernandez †*
†Admitted in New York and New Jersey

Cindy L. Sanchez
Michael S. Paulonis

November 7, 2006

*Paralegals*
Damaris Espada
Myra Roman

*Office Manager*
Gladys Bolella

**By Facsimile: (212) 805-7900 and US Mail**
Hon. Kimba M. Wood, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, New York 10007-1312

Re:   Diego Santiago v. Village of Ossining Police Department
      Docket No.: 06 CV 5422 (KMW)

Dear Judge Wood:

This case is scheduled for a Conference Pursuant to Rule 16(b), in accordance with your Order, dated October 6, 2006. I write to request an adjournment of the Conference from November 17, 2006 to December 15, 2006, or another date as your calendar permits.

Mr. Alex Kran, the attorney originally handling this matter, is no longer with the office. Upon review of the case file this morning, I noted the Court's Order had not been served upon defense counsel until today, and the conference date had not been entered into the firm calendar. Annexed hereto is a copy of the Order with Notice.

Per a telephone call this morning, defense counsel Stephen A. Fuchs, Esq., of the firm Littler Mendelson, P.C., consents to this request.

Thank you for your deliberation and oversight of this matter.

*The Rule 16(b) conference currently scheduled for November 17, 2006 is hereby adjourned to December 15, 2006 at 11:00 a.m.*

Respectfully submitted,

Michael S. Paulonis (MP-8987)

SO ORDERED: N.Y., N.Y.  11-7-06

Kimba M. Wood

**By Facsimile: (347) 287-6843 and US Mail**
Littler Mendelson, P.C.
885 Third Avenue, 16th Floor
New York, NY 10022-4834
Att: Stephen A. Fuchs, Esq.

KIMBA M. WOOD
U.S.D.J.

Other Locations
234 Union Avenue, Brooklyn, NY 11211    305 Broadway, 9th Fl. New York, NY 10007    590 Newark Avenue, Jersey City, NJ 07306