USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DIEGO SANTIAGO

    Plaintiff,

 -against-

THE VILLAGE OF OSSINING
POLICE DEPARTMENT,

    Defendant.
------------------------------------X

Docket No.: 06 CV 5422

DISCOVERY PLAN

### DISCOVERY PLAN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(f)

Pursuant to Federal Rule of Civil Procedure 26(f), during a conference on December 13, 2006 between counsel for plaintiff DIEGO SANTIAGO (plaintiff) and counsel for defendant THE VILLAGE OF OSSINING POLICE DEPARTMENT (defendant), counsel for the parties discussed and agreed to the following discovery plan:

(1) The parties shall exchange the initial disclosures required under Federal Rule of Civil Procedure 26(a)(1) no later than **January 5, 2007.**

(2) Both plaintiff and defendant shall serve their first request for production of documents, pursuant to Federal Rule of Civil Procedure 34, no later than **January 12, 2007.**

(3) Both plaintiff and defendant shall serve their notices of deposition, pursuant to Federal Rule of Civil Procedure 30, no

later than **February 16, 2007**. Plaintiff anticipates deposing: *Chief of Police Joseph Burton*. Defendant anticipates deposing: *Plaintiff Diego Santiago*.

(4) Depositions of the parties shall commence after **February 16, 2007,** at mutually convenient dates and times, without prejudice to either party conducting a non-party deposition beforehand at a mutually convenient date, time and place.

(5) Both plaintiff and defendant shall serve subpoenas upon any third party witnesses no later than **March 16, 2007**, seeking the production of documents and/or depositions.

(6) Plaintiff shall serve its experts report upon defendants, pursuant to Federal Rule of Civil Procedure 26(a)(2), no later than **March 1, 2007**. The reports shall set forth the facts on which the expert relies and the process of reasoning by which the expert's conclusions are reached.

(7) Defendant shall serve its expert's rebuttal report upon plaintiff, pursuant to Federal Rule of Civil Procedure 26(a)(2), no later than **March 22, 2007**.

(8) Depositions of the experts shall commence no later than **March 15, 2007** for Plaintiff's expert and **April 5, 2007** for Defendant's expert.

(9) All discovery shall be complete by **April 13, 2007**.

(10) The parties reserve the right to seek or to schedule

additional discovery as may become necessary, so long as it is completed by **April 13, 2007**.

Dated: Brooklyn, New York
       December 14, 2006

| DAVID J. HERNANDEZ & ASSOCS. | LITTLER MENDELSON, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| DIEGO SANTIAGO | THE VILLAGE OF OSSINING POLICE DEPARTMENT |

By: /s/ Michael S. Paulonis, Esq.
(MP8987)

By: /s/ Stephen A. Fuchs, Esq.
(SF5407)

Dated: New York, New York
       12-18, 2006

_____
Kimba M. Wood
United States District Judge