USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/06

**LITTLER MENDELSON®**
A PROFESSIONAL CORPORATION

December 21, 2006

RECEIVED
DEC 26 2006

Stephen A. Fuchs
Direct: 212.497.6845
Direct Fax: 347.287.6843
sfuchs@littler.com

**VIA FACSIMILE AND MAIL**

Hon. Frank Maas
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1581

**MEMO ENDORSED**

Re:  **Santiago v. The Village of Ossining Police Department**
     Case No. 06 Civ. 5422 (KMW)(FM)

Dear Magistrate Judge Maas:

This firm represents Defendant in this matter. The parties are in receipt of the Court's letter dated December 20, 2006, scheduling a telephone conference in this matter on Friday, December 29, 2006 at 2:00 p.m. As the undersigned is scheduled to be on vacation that day, Defendant respectfully requests a brief adjournment of the conference to the following week.

Michael S. Paulonis, Esq. of David J. Hernandez & Associates, counsel for Plaintiff, consents to this request. This is the first such request for an adjournment. Counsel are available on Wednesday, January 3 or Thursday, January 4, 2007 at 2:00 p.m. for such an adjournment, and should have substantial flexibility to participate at such other time as the Court may select. If this request presents a hardship to the Court, the undersigned can arrange to participate in the telephone conference from a location out of the office.

*The conference is adjourned to January 3, 2007 at 2 p.m.*

*Frank Maas*
*USMJ, 12/26/06.*

ARIZONA
CALIFORNIA
COLORADO
DISTRICT OF COLUMBIA
GEORGIA
ILLINOIS
MARYLAND
MINNESOTA
NEVADA
NEW JERSEY
NEW YORK
OHIO
PENNSYLVANIA
TEXAS
WASHINGTON

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM℠
885 Third Avenue, New York, New York 10022.4834  Tel: 212.583.9600  Fax: 212.832.2719  www.littler.com

Hon. Frank Maas
December 21, 2006
Page 2

      Defendant thanks the Court for its courtesy and consideration with respect to this request.

Respectfully submitted,

Stephen A. Fuchs

cc: Michael S. Paulonis, Esq. (via facsimile 718 522-3305)

Firmwide:81814116.1 052317.1002