UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DIEGO SANTIAGO,                                    :

                Plaintiff,             :    **ORDER**

   -against-                                      :    06 Civ. 5422 (KMW)(FM)

THE VILLAGE OF OSSINING POLICE       :
DEPARTMENT,
                                                :
                Defendant.
                                                :

------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/07
```

**FRANK MAAS**, United States Magistrate Judge.

       Pursuant to a telephone conference held earlier today, it is hereby

ORDERED that

       1.    The parties shall exchange their initial disclosures, pursuant to Rule 26(b)(2), on or before January 10, 2007.

       2.    The parties shall serve their first request for production of documents, pursuant to Rule 34, on or before January 19, 2007.

       3.    A further telephone conference shall be held on April 13, 2007, at 2 p.m. Counsel for the plaintiff shall initiate the call by dialing the main Chambers' number of (212) 805-6727.

       SO ORDERED.

Dated:    New York, New York
            January 3, 2007

                                                          FRANK MAAS
                                                  United States Magistrate Judge

Copies to:

Honorable Kimba M. Wood
United States District Judge

Michael Paulonis, Esq.
David J. Hernandez & Associates
Fax: (718) 522-3305

Stephen A. Fuchs, Esq.
Littler Mendelson, P.C.
Fax: (212) 832-2719