# DAVID J. HERNANDEZ
## & ASSOCIATES

**MEMO ENDORSED**

26 Court Street, Suite 2200
Brooklyn, New York 11242
Tel: (718) 522-0009  Fax: (718) 522-3305
www.djhernandez.com

**David J. Hernandez †**
†Admitted in New York and New Jersey

Cindy L. Sanchez
Michael S. Paulonis
Wendy Hernandez*
*Admitted in New York and New Jersey

*Paralegals*
Damaris Espada
Myra Roman

*Office Manager*
Gladys Bolella

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/07
```

June 6, 2007

**By Facsimile (212) 805-6724 and US Mail**
Hon. Frank Maas, U.S. Magistrate Judge
U.S. District Court for New York's Southern District
500 Pearl Street
New York, NY 10007

> I agree. Mr. Cisternino and Mr. Paulonis should confer to determine who will initiate the call (which will also involve defense counsel).
> 
> */s/ Maas, USMJ*
> 6/6/07

Re:  Diego Santiago v. Village of Ossining Police Department
     Docket No.: 06 CV 5422

Dear Magistrate Maas:

This letter serves to advise that I am in receipt of plaintiff's request for substitution of counsel. This office consents to the request.

In light of the substitution, this office asserts a charging lien and retaining lien against the case file for outstanding legal fees.

I respectfully propose that the telephone conference scheduled for June 13, 2007 at 10:00 a.m. serve to discuss plaintiff's request for substitution and extension of the discovery schedule.

Thank you for your consideration and oversight of this matter.

Very truly yours,

Michael S. Paulonis, Esq.

---

**Other Locations**
234 Union Avenue, Brooklyn, NY 11211   305 Broadway, 9th Fl, New York, NY 10007   590 Newark Avenue, Jersey City, NJ 07306