# LITTLER MENDELSON®
A PROFESSIONAL CORPORATION

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 7/26/07

**MEMO ENDORSED**

July 26, 2007

Stephen A. Fuchs
Direct: 212.497.6845
Direct Fax: 347.287.6843
sfuchs@littler.com

*The conference is adjourned to 8/24/07 at 10 AM.*

*/s/ Maas, USMJ,*
*7/26/07*

**VIA FACSIMILE**
(212) 805-6724

Hon. Frank Maas
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re:   **_Santiago v. Village of Ossining Police Dep't_**
       Civil Action No. 06-cv-5422 (KMW)(FM)

Dear Magistrate Judge Maas:

This firm represents the Village of Ossining Police Department, Defendant in this matter. We write, jointly on behalf of all parties, to request a brief adjournment of the Settlement Conference in this matter currently scheduled for July 31, 2007 at 2:00 p.m., to August 16, 2007 or later. I have communicated with Paul Cisternino, Esq., counsel for plaintiff, and Plaintiff consents to this adjournment. The parties are available to reschedule the settlement conference to August 16 or 17, 2007, and have flexibility the following week with the exception of Wednesday, August 22, 2007. This is the first adjournment of the settlement conference requested.

Defendant requests an adjournment of the Settlement Conference because it cannot produce a representative with authority to settle the case on July 31, 2007, as required by the Court's individual rules. Settlement of this matter must be approved by the Village Board of Trustees of the Village of Ossining, and they have not had an opportunity to meet with the Chief of Police and vote concerning Plaintiff's most recent settlement proposal, communicated via voicemail message on July 13, 2007. Moreover, the Chief of Police, who would be the individual attending the Settlement on behalf of Defendant, will be out of town and unavailable the weeks of July 30 and August 6, 2007. The Chief would have no authority without the approval of the Village Board. Accordingly, the parties will be unable to reach a settlement at the conference, and feel that a brief adjournment will lead to a more productive conference.

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM™
885 Third Avenue, New York, New York 10022-4834   Tel: 212.583.9600   Fax: 212.832.2719   www.littler.com

ALABAMA
ARIZONA
CALIFORNIA
COLORADO
DISTRICT OF COLUMBIA
FLORIDA
GEORGIA
ILLINOIS
INDIANA
MASSACHUSETTS
MINNESOTA
MISSOURI
NEVADA
NEW JERSEY
NEW YORK
NORTH CAROLINA
OHIO
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TEXAS
WASHINGTON

Hon. Frank Maas
July 26, 2007
Page 2

Alternatively, if the Court wishes to proceed without a client representative of Defendant present, and with any recommendation for settlement being subject to the consideration and approval of the Village Board, Defendant is willing to do so.

The parties thank the Court for its courtesy, patience and consideration with respect to this request.

Respectfully submitted,

Stephen A. Fuchs

cc: Paul Cisternino, Esq. (via facsimile and email)