# LITTLER MENDELSON ®

A PROFESSIONAL CORPORATION

ALABAMA

ARIZONA

ARKANSAS

CALIFORNIA

October 31, 2007

Stephen A. Fuchs
Direct: 212.497.6845
Direct Fax: 347.287.6843
sfuchs@littler.com

COLORADO

CONNECTICUT

DISTRICT OF
COLUMBIA

**VIA FACSIMILE**
**(914) 390-4085**

FLORIDA

GEORGIA

Hon. Charles L. Brieant
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street, Room 275
White Plains, NY 10601

*[handwritten: Application Granted. File motion returnable at 10:00 AM on 2/15/08. So Ordered. Brieant, Charles L. Brieant USDJ]*

ILLINOIS

INDIANA

MASSACHUSETTS

**Re:** *Santiago v. The Village of Ossining Police Department*
**Case No. 06-cv-5422 (CLB)(GAY)**

MINNESOTA

Dear Judge Brieant:

MISSOURI

This firm represents Defendant the Village of Ossining Police Department in this matter. This matter was transferred to the White Plains Courthouse and reassigned to Your Honor and Magistrate Judge Yanthis from Judge Wood and Magistrate Judge Maas on or about September 6, 2007. We write now on behalf of all parties to propose a schedule for dispositive motions in this matter.

NEVADA

NEW JERSEY

NEW YORK

Shortly before the transfer of this matter, a settlement conference took place before Magistrate Judge Maas on August 24, 2007. While no settlement was reached at the conference, the parties continued thereafter to attempt to negotiate a settlement in the weeks following. After continued efforts, the parties have been unable to reach a settlement, and now wish to proceed before the Court with dispositive motion practice.

NORTH CAROLINA

OHIO

Pursuant to Judge Wood's Individual Practices and the existing Scheduling Order in the case, Defendant submitted a letter setting forth the basis for its proposed dispositive motion, and asking for a premotion conference prior to filing a dispositive motion.[1] Judge Wood did not address this request, presumably because of the pending settlement conference. Accordingly, the parties have conferred, and now jointly propose the following dispositive motion briefing schedule:

OREGON

PENNSYLVANIA

RHODE ISLAND

SOUTH CAROLINA

TEXAS

---

[1] A copy of Defendant's July 26, 2007 letter to Judge Wood requesting a premotion conference is enclosed for the Court's reference.

VIRGINIA

WASHINGTON

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM ™

885 Third Avenue, New York, New York 10022.4834  Tel: 212.583.9600  Fax: 212.832.2719  www.littler.com

Hon. Charles L. Brieant
October 31, 2007
Page 2

1) Dispositive motions shall be filed and served on or before December 14, 2007;[2]

2) Opposition to dispositive motions shall be filed or served on or before January 14, 2008;

3) Reply papers, if any, shall be filed and served on or before February 4, 2008.

4) The motion shall be made returnable on an available motion date listed in the *New York Law Journal*, unless otherwise assigned by the Court.

The parties thank the Court for its courtesy and consideration in this regard.

Respectfully submitted,

Stephen A. Fuchs

cc:    Hon. George A. Yanthis,
       United States Magistrate Judge (via facsimile)
       Paul Cisternino, Esq. (via email and facsimile)

---

[2] The undersigned is currently handling two substantial wage and hour class actions pending in this court before Judge Gerard E. Lynch, Case Nos. 06-cv-2295 and 04-cv-8819, in which the defendants' opposition to a motion for class certification pursuant to Fed. R. Civ. P. 23 is due in both cases on November 30, 2007. We therefore respectfully request a filing date two weeks after that deadline.