LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
    The Village of Ossining Police Department
885 Third Avenue, 16th Floor
New York, NY  10022.4834
212.583.9600

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

DIEGO SANTIAGO,

              Plaintiff,

        -against-

THE VILLAGE OF OSSINING POLICE
DEPARTMENT,

             Defendant.

Index No. 06 CV 5422 (CLB) (GAY)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the annexed Affidavit of Chief Joseph Burton, Jr., with exhibits annexed thereto, the Declaration of Stephen A. Fuchs, with exhibits attached thereto, Defendant's Local Rule 56.1 Statement of Undisputed Facts, the accompanying Memorandum of Law, and all of the pleadings and proceedings heretofore had herein, Defendant the Village of Ossining Police Department ("Defendant"), by its attorneys Littler Mendelson, P.C., will move this Court before the Honorable Charles L. Brieant, United States District Court Judge, at the United States Courthouse, 300 Quarropas Street, White Plains, New York, on February 15, 2008 at 10 o'clock in the forenoon, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment with prejudice in favor of Defendant on the grounds that there are no genuine issues as to any material fact, and Defendant is entitled to judgment as a matter of law, and further, granting to Defendant its costs, and such other and further relief and the Court may deem just and proper.

Date:    December 13, 2007
         New York, New York

                                        /s/
                                        _____
                                        Stephen A. Fuchs (SF-5407)
                                        LITTLER MENDELSON
                                          A Professional Corporation
                                        885 Third Avenue, 16th Floor
                                        New York, NY  10022.4834
                                        212.583.9600

                                        Attorneys for Defendant
                                        Village of Ossining Police Department

TO:    Paul Cisternino, Esq.
       701 Westchester Avenue,
       Suite 308W
       White Plains, NY 10604
       Attorney for Plaintiff

LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
    The Village of Ossining Police Department
885 Third Avenue, 16th Floor
New York, NY  10022.4834
212.583.9600

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

DIEGO SANTIAGO,

              Plaintiff,

      -against-

THE VILLAGE OF OSSINING POLICE
DEPARTMENT,

             Defendant.

---

Index No. 06 CV 5422 (CLB) (GAY)

**<u>CERTIFICATE OF SERVICE</u>**

    I hereby certify that on December 13, 2007, I electronically filed the foregoing Notice of Motion and the accompanying Affidavit of Chief Joseph Burton, Jr., with exhibits annexed thereto, the Declaration of Stephen A. Fuchs, with exhibits annexed thereto, Defendant's Rule 56.1 Statement of Undisputed Facts, and Defendant's Memorandum of Law in Support of Motion for Summary Judgment, which sent electronic notification to the following counsel of record:

             Paul Cisternino, Esq.
             701 Westchester Avenue,
             Suite 308W
             White Plains, NY 10604
             Attorney for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of December 2007, in New York, New York.

             /s/_____
             Stephen A. Fuchs