# EXHIBIT 5

**Message:** CHIEF BURTON ON TUESDAY OCTOBER 28, 2003 AT APPROXIMATELY 7:40AM WHILE, REPORTING FOR DUTY I WALKED INTO THE LOCKER ROOM AND UPON ENTERING WHERE THE BULLETIN BOARD IS LOCATED I OBSERVED A COPY OF AN ARTICLE FROM THE NORTH COUNTY NEWS WHICH WAS PRINTED SEVERAL WEEKS AGO, IN WHICH AN INQUIRY WAS MADE REGARDING A SPANISH SPEAKING DETECTIVE, WHERE MY NAME WAS ALSO MENTIONED. ( I HAD NOTHING TO DO WITH THIS ARTICLE OR SAID PETITION AS YOU KNOW) WRITTEN ON TOP AND ACROSS THIS ARTICLE IN BLACK MAGIC MARKER WAS THE WORD SCAB .NOT ONLY WAS THIS PLACED IN THE BULLETIN BOARD IN THE LOCKER ROOM BUT ,THE BRIEFING ROOM, TO MY LOCKER AND VARIOUS OTHER AREAS.AS YOU KNOW I HAVE BEEN INVOLVED IN LAW ENFORCEMENT SINCE 1974 WHEN I WAS WITH THE VILLAGE OF OSSINING AND CONTINUED SERVING THIS VILLAGE SINCE . DURING THIS TIME I WAS NEVER SO OFFENDED UNTIL THIS MORNING WHERE I FELT VIOLATED, DISRESPECTED AND HUMILIATED . I BELIEVE THAT I HAVE SERVED THIS DEPARTMENT ABOVE AND BEYOND THE CALL OF DUTY AND EARNING THE RESPECT OF NOT ONLY THE MAJORITY OF THIS DEPARTMENT BUT ALSO OTHER DEPARTMENTS IN WESTCHESTER COUNTY AS WELL AS THE RESPECT OF THIS COMMUNITY. I WOULD APPRECIATE A FOLLOW WITH THIS MATTER AS I BELIEVE THAT THOSE RESPONSIBLE SHOULD NOT BE INVOLVED IN LAW ENFORCEMENT, AND ARE REPRESENTING THIS DEPARTMENT , WHICH I HAVE FAITHFULLY REPRESENTED AND WILL CONTINUE TO DO SO.
                    WITH ALL DUE RESPECT
                    P.O. SANTIAGO 102

D 0614