# EXHIBIT 6

# LITTLER MENDELSON®

July 24, 2007

Stephen A. Fuchs
Direct: 212.497.6845
Direct Fax: 347.287.6843
sfuchs@littler.com

**VIA FACSIMILE AND MAIL**
(914) 923-8913
Paul Cisternino, Esq.
701 Westchester Avenue,
Suite 308W
White Plains, NY 10604

Re:   *Santiago v. Village of Ossining Police Department*
      Civil Action No. 06-5422 (KMW) (FM)

Dear Paul:

This will confirm the voicemail message I received from you yesterday July 23, 2007, as well as your conversation with my Assistant, Stella Munoz, in which you cancelled the deposition of Chief Joseph Burton, scheduled for today, July 24, 2007, at 10:00 a.m., and advised that Plaintiff waives his right to depose Chief Burton.

Very truly yours,

*/s/ Stephen A. Fuchs*
Stephen A. Fuchs

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM™
885 Third Avenue, New York, New York 10022-4834   Tel: 212.583.9600 Fax: 212.832.2719 www.littler.com