# EXHIBIT A

From: B0275 HI JOSEPH BURTON
Date/Time Sent: 06/09/2004 03:53:06 PM
Subject: DETECTIVE APPOINTMENT

Message: To all police officers,

With the anticipation of the retirement of Det. Cioffi, I would like to commence a replacement process. I'm sure you are aware that detectives are not promoted but appointed. It has always been and should be viewed as a promotion but with no test for this position it is an appointment by my office. Therefore, as in the past, I view this appointment in the same vein as any other promotion into a rank but we fail to have list to choose from and a one in three rule to follow. If you are interested in this appointment I need to hear from you. That is, submit a resume and a cover letter applying for this appointment. Your submission will be reviewed by all sergeants and lieutenants and they will file an evaluation form with me. I will review these evaluations and rank you into my "list." I will then review this list with the commander of the detectives and will determine who is the most qualified for this appointment.

Your resume should be received by my office no later than June 21st.

Any questions, see me or e-mail me.

Chief

D 0601