# EXHIBIT B

# MEMORANDUM

**TO:**     ALL LIEUTENANTS AND SERGEANTS

**FROM:**   CHIEF J. BURTON

**REF:**    EVALUATIONS

**DATE:**   25 JUNE 2004

Attached find resumes submitted by eleven officers who have applied for consideration to the appointment of detective.  All lieutenants and sergeants will review these resumes and;

1. Rate the candidates on the attached personnel performance evaluation guide.
2. Rank in the candidate with an overall rating.
3. Your candid opinion of the candidates you are evaluating.
4. All candidates will be evaluated.

**All lieutenants and sergeants will** forward the evaluation form to me by July 6th.  Resumes can then be shredded, and as with all other evaluations they will be held confidential.

D 0607

This is a performance evaluation form in reference to police officers that have applied for an appointment in the detective division.  This form will **be completed by all supervisors and returned to the Chief's office by July 6th.**

Your evaluation will be the first phase of screening applicants for an appointment of a police officer into the detective division.  When performing this personnel evaluation of the candidates, the rater is asked to place a numeric value on the officers overall performance in numerous categories.   In an effort to make these numbers have a more tangible value the following thoughts should be used when deciding on and assigning this number.

Numeric Rating System Guidelines:

**5 – Extremely Competent** – consistently exceeds job requirements

**4 – Highly Competent** – self motivated and consistently fulfills job requirements

**3 – Competent** – fulfills job requirements

**2 – Low** – supervisory counseling/training required

**1 – Very Low** – supervisory counseling/training essential

In addition to assigning this number, the rater should provide a short statement or narrative that supports their decision and the number assigned.  Often the supervisor's narrative portion of any evaluation reflects more about the officer's performance than a number evaluation system no matter how complete.  Comments may range from an endorsement of an officer to the other end of the spectrum, negative feelings.  Your honest, candid opinion is required for proper evaluations.

**Overall rating** is where you believe this candidate rates among the other candidates you are evaluating.

These evaluations will be held strictly confidential and destroyed upon completion of their assessment.

**Candidate Name** _____

**Performance Areas**                                    **Rating**

    1.  Community Interaction
    2.  Victim/Prisoner Interaction            ____
    3.  Processing Arrests                     ____
    4.  Report Writing                         ____
    5.  Handling Assignment(s)                 ____
    6.  Supervisory Skills                     ____
    7.  Comprehension Police Procedures        ____
    8.  Knowledge Laws & Ordinances            ____

**Behavioral dimensions**                              **Rating**

    1.  Police Ethics/ Integrity
    2.  Comprehension Skills                   ____
    3.  Communication Skills                   ____
    4.  Reasoning Ability                      ____
    5.  General Attitude                       ____
    6.  Problem Recognition                    ____
    7.  Visualization                          ____
    8.  Memorization                           ____
    9.  Judgment                               ____
  10.  Innovativeness                          ____
  11.  Adaptability                            ____
  12.  Leadership Skills                       ____
  13.  Drive/Initiative                        ____
  14.  Interpersonal Skills                    ____
  15.  Appearance/Professional Image           ____
  16.  Physical Fitness                        ____
  17.  Attendance                              ____

**Overall Rating:**                                    ____

**Evaluator's Comments that include recommendation:**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Use back of form is needed.**

**Evaluator' signature:** _____

OPD 1

D 0609