# EXHIBIT C

(CHIEF BURTON,JOSEPH)

Message Title: DETECTIVE
Date/Time: 05/24/2002  5:02 PM
From:   CHIEF BURTON,JOSEPH
To: 128   R6148   B0275   Q9812   M7686   W1980   S0622   G0133   C7232   S2573
    C5648   K0061   R4976   A2032   C6959   D7223   B9047   S2055   P2720   M3767
    G8086   S7151   M4167   F3898   F2777   B5001   S4957   P8961   W9905   F0564
    Z8491   S1086   D7316   R0605   D4276   M0549   J6298   L9457   M6552   D6945
    S3927   Y3854   R7510   C7740   A3390   L2978   B9604   F1854   C3908   G0811
    O9576   D1248            R1477   T2314   R8335   G8609   A1100   J8038

------------------------------------------------------------------------------

In an attempt to explain the process of choosing a police officer to
an appointment to the rank of detective, the following is the course I
felt would be fair and give everyone an equal chance for
consideration and appointment.


First I had all interested parties send a resume to my office that
included the why and wherefore of their intentions for becoming a
detective.

Next all resumes and pertinent information supplied to me were
forwarded to sergeants and lieutenants for their review. My cover
sheet was with instructions to the above to rate the candidates
(numerical from 1 to 5) and then explain the why's and wherfore's of
their ratings. This was done by most of the sergeants and lieutenants.
All resumes, attachments and ratings were then sent back to me.

I took all the ratings and placed an arbitrary numerical value to each
rating, which then became a ranking. The rankings and above were then
forwarded to the Detective Division Commander. He then reviewed same
and met with me to go over the ranking. He then made his
recommendation on who he thought would be the best candidate for the
position.

With all this done I informed the Village Board on who I was going to
appoint to the position of detective. Effective June 24, PO Jose
Ferrao will be appointed to the rank of detective.

Although no system is perfect I believe the above was fair to all.  I
thank the lieutenants and sergeants for the input. I belive you did
your best in your recommendations and they weighed heavily on my
decision.

All resumes and rating were shredded as previously discussed.

D 0599