# EXHIBIT D




# TOWN OF OSSINING
# VILLAGE OF OSSINING

MUNICIPAL BUILDING
16 Croton Avenue
Ossining, NY 10562
Tel: (914) 762-8428
Fax: (914) 762-7710

**MARY ANN ROBERTS**
Town/Village Clerk

### Police Department – Appointment – Sergeant – George Byrne

Resolved, that the Village of Ossining Board of Trustees hereby appoints George Byrne to the position of Police Sergeant effective February 21, 2005, at the annual salary of $83,093.00.

STATE OF NEW YORK  )
COUNTY OF WESTCHESTER )
VILLAGE OF OSSINING  )

I, Mary Ann Roberts, Village Clerk of the Village of Ossining, Westchester County, New York, DO HEREBY CERTIFY, that I have compared the foregoing with the original resolution adopted by the Village Board at a meeting held on the __15TH__ day of __FEBRUARY__, 2005 and that the foregoing is a true and correct copy of the original thereof. I DO FURTHER CERTIFY that __EUGENE T. NAPOLITANO__, Mayor, and __MARLENE CHEATHAM, MIGUEL HERNANDEZ, CATHERINE BORGIA__ Trustees were present at such meeting and _____ was absent.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the VILLAGE OF OSSINING this __16TH__ day of __FEBRUARY 2005__

S
E
A
L

*Mary Ann Roberts*
VILLAGE CLERK

D 0615