**EXHIBIT B**

**From:** CHIEF BURTON
**Date/Time Sent:** 10/31/2003 02:38:17 AM
**Subject:** INTERNAL INVESTIGATION

**Message:** Lt. Quartucio and McElroy,

In reference to the internal investigation (PO Santiago's e-mail and newspaper article) I need a written report from you on at least the following (more is better):

1. a list of all officers interviewed
2. comments of all these officers
3. supervisors interviewed
4. their comments
5. the reason for the above interviews (ie working shift)
6. your findings

I also want to know why no supervisor took corrective actions when the newspaper article was posted in two different locations.

I need your input on corrective actions to be taken, that may include the filing of charges, against any personnel you feel you can prove was involved in this incident, anyone who is non-cooperative or the failure of anyone to take corrective actions.

Comments of the Village Board is that this should be an easy case to solve, it happened inside the OPD. If unable to solve this matter, why not! What solvable/non solvable factors determined that this matter will not come to resolution. What further can be done to solve.

This formal written report is to be completed and on my desk by 2:00PM Monday November 3rd.

Chief