**EXHIBIT C**

# MEMORANDUM

TO: LTS. QUARTUCIO AND MC ELROY

FROM: CHIEF J. BURTON

REF: FURTHER INVESTIGATION

DATE: 5 NOVEMBER 2003

I have received your initial reports on the "Santiago" incidents. The e-mail incident is closed but you are to further pursue the newspaper article incident. With the questioning of all whom were in this building in the time period when the papers were left in various locations, it now indicates to me that the investigation must expand to a possible cover-up. It is my hypothesis that one or more of the parties you interviewed did place the papers in various places or knows who did it. You are to re-interview each officer individually and document the response for the first interview and the second interview. The second interview will be held by both of you (at the same time), stressing the magnitude of the offense and if they have any knowledge they are "encouraged" to be forth right and assist this case to closure.