**EXHIBIT A**

```
                                                        1

 1  COPY

 2  UNITED STATES DISTRICT COURT

 3  SOUTHERN DISTRICT OF NEW YORK

 4  ---------------------------------X

 5  DIEGO SANTIAGO,

 6              Plaintiff,

 7        vs.

 8  VILLAGE OF OSSINING POLICE
    DEPARTMENT,
 9

10              Defendant.

11  ---------------------------------X

12

13          DEPOSITION OF DIEGO SANTIAGO

14               New York, New York

15                 April 11, 2007

16

17

18

19

20

21

22  Reported by:
    Bonnie Pruszynski, RMR
23  JOB NO. 172176

24

25
```

119

1        Diego Santiago

2    A    Well, three that I found, and some
3 officers that are friends of mine had been there a
4 long time, had the decency to remove them and get
5 rid of them before they came in, and there were
6 certain supervisors that saw them and neglected to
7 do it.
8    Q    Other than the posting of the
9 article, did anything happen to you because the
10 article appeared in the local newspaper?
11   A    Did anything physically or mentally?
12   Q    Anything relating that you can
13 describe, anything related to --
14   A    I can describe that when I call out
15 for a vehicle, I don't get the back up.
16   Q    And you think that is because of the
17 petition or the article?
18   A    I don't know if it was the petition
19 or the article or what.
20   Q    So, when you say you don't recall,
21 you call in, you don't get the back up, what are
22 you referring to?
23   A    I feel like I am being left alone out
24 there.
25   Q    Why do you think that is happening?

120

1           Diego Santiago
2   A    I don't have an exact answer.
3   Q    Okay. Are there any other facts --
4   let me back up a moment.
5           You testified that you feel you were
6   retaliated against for applying for the detective
7   position.
8           Do you recall that testimony?
9   A    Yes.
10  Q    Are there any other facts that
11  support your retaliation claim?
12  A    Not at this time.
13  Q    Can you give examples of when you
14  weren't given backup?
15  A    I didn't keep notes of that.
16  Q    I would like to show you a document
17  that -- well, let's mark this as -- what are we up
18  to?  11.
19          (Exhibit Number P-11 marked for
20      identification as of this date.)
21  A    I guess this is another occasion I
22  forgot.
23  Q    Ready?
24          Officer Santiago, I would like to ask
25  you to look at the document that's been marked as

```
                                                           121
 1                       Diego Santiago
 2   P-11 for identification, and I would like to ask
 3   you, first, have you ever seen this document
 4   before?
 5          A     Actually, I saw it a little while
 6   ago.
 7          Q     Today you mean?
 8          A     Today.
 9          Q     Is this an incident you are referring
10   to where you weren't given backup?
11          A     No, this was not one of them.
12          Q     Can you tell me what this document
13   refers to?
14          A     Well, I guess it's refers to a time I
15   was walking on the area where a burglary was in
16   progress, I happened to be the first one at the
17   scene, and I guess there was a misunderstanding
18   between me and the officer.
19          Q     Okay.  What was the nature of the
20   misunderstanding?
21          A     Oh, well, I guess -- I guess there
22   are several items on this.  I don't know which one
23   you are referring to.
24          Q     Well, you said there was a
25   misunderstanding with the officers.
```

186

C E R T I F I C A T E

STATE OF NEW YORK        )
                         : SS.
COUNTY OF NEW YORK       )

        I, BONNIE PRUSZYNSKI, a Notary Public with and for the State of New York, do hereby certify:

    That DIEGO SANTIAGO, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

    I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

    IN WITNESS WHEREOF, I have hereunto set my hand this 25th of April, 2007.

*Bonnie Pruszynski*
Bonnie Pruszynski