LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
    The Village of Ossining Police Department
885 Third Avenue, 16th Floor
New York, NY 10022.4834
212.583.9600

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

DIEGO SANTIAGO,

    Plaintiff,

-against-

THE VILLAGE OF OSSINING POLICE DEPARTMENT,

    Defendant.

Index No. 06 CV 5422 (CLB) (GAY)

**CERTIFICATE OF SERVICE**

---

    I hereby certify that on February 4, 2008, I electronically filed the foregoing Reply Memorandum of Law in Support of Defendant's Motion for Summary Judgment, the accompanying Reply Affidavit of Chief Joseph Burton, Jr., with exhibits annexed thereto, and the Reply Declaration of Stephen A. Fuchs, with the exhibit annexed thereto, which sent electronic notification to the following counsel of record:

        Paul Cisternino, Esq.
        701 Westchester Avenue,
        Suite 308W
        White Plains, NY 10604
        Attorney for Plaintiff

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed this 4th day of December 2008, in New York, New York.

        /s/_____
        Stephen A. Fuchs