
LITTLER MENDELSON

February 26, 2008

Stephen A. Fuchs
Direct: 212.497.6845
Direct Fax: 347.287.6843
sfuchs@littler.com

**VIA FACSIMILE**
(914) 390-4085

Hon. Charles L. Brieant
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street, Room 275
White Plains, NY 10601

Re: ***Santiago v. The Village of Ossining Police Department***
**Case No. 06-cv-5422 (CLB)(GAY)**

Dear Judge Brieant:

This firm represents Defendant in this matter. As discussed with Chambers today by Paul Cisternino, Esq., counsel for Plaintiff, we submit this letter jointly on behalf of all parties to advise the Court that the parties deem Defendant's pending motion for summary judgment in this matter fully submitted on the briefs as of February 29, 2008.

The parties thank the Court for its courtesy and consideration in this regard.

Respectfully submitted,

Stephen A. Fuchs

cc: Paul Cisternino, Esq. (via email and facsimile)

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM
885 Third Avenue, New York, New York 10022.4834 Tel: 212.583.9600 Fax: 212.832.2719 www.littler.com