UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X
Diego Santiago

                                                            06   **CIVIL 5422 (CLB)**

                      Plaintiff,               **JUDGMENT**
         -against-
The Village of Ossining Police
Department

                     Defendant.
- - - - - - - - - - - - - - - - - - - -X

    Defendants having moved to dismiss and the said motion having come before the Honorable Charles L. Brieant, United States District Judge and the Court thereafter on March 6, 2008, having handed down its Memorandum and Order, granting defendants' motion (Doc. #20) to dismiss and summary judgment, it is,

        **ORDERED, ADJUDGED AND DECREED:** That the complaint be and it is hereby dismissed.

DATED: White Plains, N.Y.
       March 7, 2008

                                                     J. Michael McMahon, Clerk

i:/judgment/santiago.422

                                               E.O.D.

MICROFILM   MAR 0 2008   USDC SDNY WP